**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WHAM-O HOLDING, LTD. and<br>INTERSPORT CORP. d/b/a WHAM-O, | Case No.: 1:20-cv-04202 |
| Plaintiffs, | Judge Thomas M. Durkin |
| v. | Magistrate Judge Sheila M. Finnegan |
| THE PARTNERSHIPS AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiffs, WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O ("WHAM-O" or "Plaintiffs"), Motion for a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiffs' Motion for Entry of a Preliminary Injunction in its entirety against the defendants identified in Schedule A (collectively, the "Defendants").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiffs have presented screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois

1

residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiffs' trademarks. *See* Docket No. 11 which includes screenshot evidence confirming that each Defendant Internet Store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the FRISBEE trademarks, U.S. Trademark Registration Nos. 4,046,202; 970,089 and 679,186 ("The FRISBEE trademarks").

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of WHAM-O's previously granted Motion for a Temporary Restraining Order establishes that WHAM-O has a likelihood of success on the merits; that no remedy at law exists; and that WHAM-O will suffer irreparable harm if the injunction is not granted.

Specifically, WHAM-O has proved a *prima facie* case of trademark infringement because (1) the FRISBEE trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use the FRISBEE trademarks, and (3) Defendants' use of the FRISBEE trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with WHAM-O. Furthermore, Defendants' continued and unauthorized use of the FRISBEE trademarks irreparably harms WHAM-O through diminished goodwill and brand confidence, damage to WHAM-O's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, WHAM-O has an inadequate remedy at law. Moreover, the

public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

    a. using the FRISBEE trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine FRISBEE product or not authorized by WHAM-O to be sold in connection with the FRISBEE trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine FRISBEE product or any other product produced by WHAM-O, that is not WHAM-O's or not produced under the authorization, control or supervision of WHAM-O and approved by WHAM-O for sale under the FRISBEE trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of WHAM-O, or are sponsored by, approved by, or otherwise connected with FRISBEE;

    d. further infringing the FRISBEE trademarks and damaging WHAM-O's goodwill;

    e. otherwise competing unfairly with WHAM-O in any manner;

    f.   shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for WHAM-O, nor authorized by WHAM-O to be sold or offered for sale, and which bear any of the FRISBEE trademarks or any reproductions, counterfeit copies or colorable imitations thereof;

    g.   using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defendants could continue to sell Counterfeit/Infringing FRISBEE products; and

    h.   operating and/or hosting at the Online Marketplace Accounts and any other online marketplace accounts registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the FRISBEE trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine FRISBEE product or not authorized by WHAM-O to be sold in connection with the FRISBEE trademarks.

2. Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as, but not limited to PayPal, WISH and Alipay, (collectively, "Marketplaces"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, shall within three (3) business days of receipt of this Order:

    a.   disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the

        FRISBEE trademarks, including any accounts associated with the Defendants listed in Schedule A;

   b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the FRISBEE trademarks; and

   c. take all steps necessary to prevent links to the Defendant Online Marketplace Accounts identified in Schedule A from displaying in search results, including, but not limited to, removing links to the Online Marketplace Accounts from any search index.

3. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplace Accounts or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as Marketplaces, advertisers, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including, but not limited to, PayPal, Alipay, Western Union, third party processors and other payment processing service providers, shippers, and online marketplace registrars (collectively, the "Third Party Providers") shall, within three (3) business days after receipt of such notice, provide to WHAM-O expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

   a. The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

5

   b. the nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts;

   c. Defendants' websites and/or any Online Marketplace Accounts;

   d. The Defendant Online Marketplace Accounts registered by Defendants; and

   e. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, PayPal, Alipay, Western Union, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. PayPal, Inc. ("PayPal"), Context Logic, Inc.("WISH") and Alipay US, Inc. and its entities ("Alipay"), shall, within three (3) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

   a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any

       PayPal, WISH and Alipay accounts connected to the information listed in Schedule A hereto or the email addresses identified in Exhibit 2 to the Declaration of Todd Richards; and

  b. Restrain and enjoin any such accounts or funds that are non-U.S. foreign based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any of Defendants' Online Marketplace Accounts or websites, shall within three (3) business days of receipt of this Order:

  a. Locate all accounts and funds connected to Defendants, or Defendants' Online Marketplace Accounts, including, but not limited to, any accounts connected to the information listed in Schedule A hereto or the email addresses identified in Exhibit 2 to the Declaration of Todd Richards; and

  b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. WHAM-O may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website, or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Todd Richards and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of Court is directed to issue a single original summons in the name of "atmjp and all other Defendants identified in Complaint" that shall apply to all Defendants. The combination of providing notice via electronic

7

publication and e-mail, along with any notice that Defendants receive from Online Marketplace Accounts and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to WHAM-O or on shorter notice as set by this Court.

9. The $10,000 bond posted by WHAM-O shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

Dated: August 18, 2020

*Thomas M Durkin*
_____
U.S. District Court Judge

## **SCHEDULE A**

| No. | Defendants |
|---|---|
| 1 | atmjp |
| 2 | manusshop |
| 3 | Loves Boutique |
| 4 | tim_q |
| 5 | Wuhan Tianpin Business Trading Company |
| 6 | fanlei11 |
| 7 | Linjou ling nine |
| 8 | liulei135 |
| 9 | lizhichao11 |
| 10 | wenxiaozhi |
| 11 | Double boutique |
| 12 | One Song Away |
| 13 | littlevolcano01 |
| 14 | Sclrecroely |
| 15 | PTstore18s |
| 16 | Southumbrella06 |
| 17 | Look forward to823 |
| 18 | xylophone |
| 19 | varition |
| 20 | xiaoHgaoduandingzhi |
| 21 | qianqianwomen |
| 22 | Super Gloal Trade Co,Ltd |
| 23 | Jiaowanzi Store |
| 24 | now here shop |
| 25 | rxc989656 |
| 26 | Xiao Hao 1999 |
| 27 | yguoxiangxiang |
| 28 | jingwanlin |
| 29 | qiaofuding123456 |
| 30 | tongyuqing |
| 31 | wangzhishuang |
| 32 | lianghuan520q |
| 33 | tanlijuan |
| 34 | exoterica |
| 35 | Prettycottage |
| 36 | Eddie Store |
| 37 | Shop5006319 Store |
| 38 | love life Store |

| 39 | WarmCurrent Store |
|---|---|
| 40 | 365-Days Booming Store |
| 41 | A Cozy Store |
| 42 | Best Tools Online Dropshipping Store |
| 43 | E-Tool&Life Store |
| 44 | Happiness House Store |
| 45 | Lighting & Tools & House Improvement Store |
| 46 | Lovely home, Sweet life |
| 47 | Sturdy Tool&Lighting Store |
| 48 | Beautiful LovePet Store |
| 49 | Celebrate For The World Store |
| 50 | Our Globel shipping Groceries Store |
| 51 | Overseas Dropshipping Factory Store |
| 52 | Shop5485202 Store |
| 53 | ALL you loving Store |
| 54 | Cutepet Store |
| 55 | Fantasy Garden & Life House Store |
| 56 | HOUSE SHOP Store |
| 57 | Practical Kitchen Store |
| 58 | Shopping in your Store |
| 59 | Tooyoo Daily Commodity Store |
| 60 | Yunjin Meijia Store |
| 61 | PETruler Official Store |
| 62 | YOHOPET Official Store |
| 63 | Shop5235004 Store |
| 64 | Shop5235015 Store |
| 65 | Shop5235025 Store |
| 66 | Shop5235042 Store |
| 67 | agselling |
| 68 | Changzhou Daya Import & Export Corp., Ltd. |
| 69 | Changzhou Eagle Technology Co., Ltd. |
| 70 | DONGGUAN AASIN TECHNOLOGY CO., LTD. |
| 71 | Dongguan Nike Industrial Limited |
| 72 | e-bestshare88 |
| 73 | Fuzhou Smart Artifact Co., Limited |
| 74 | Hangzhou Hongke Sports Equipment Co., Ltd. |
| 75 | Nanjing Allshing Trade Company Limited |
| 76 | Ningbo Fenghua Yixin Art & Craft Co., Ltd. |
| 77 | Ningbo Ishow Import & Export Co., Ltd. |
| 78 | Ningbo Smart Market Sourcing Ltd. |
| 79 | Ningbo Vicball Sporting Goods Co., Ltd. |

| 80 | pwstore |
|---|---|
| 81 | readygo |
| 82 | Shanghai Aimi Pet Products Co., Ltd. |
| 83 | Shanghai Shengchou Plastic Ltd. |
| 84 | Shenzhen Fuly Technology Co., Ltd. |
| 85 | somanoon |
| 86 | Taizhou Shanyue Packaging Container Co., Ltd. |
| 87 | Tangshan Qiming Trade Co., Ltd. |
| 88 | Wenzhou Mega Trading Co., Ltd. |
| 89 | Yiwu Anjiu Import & Export Co., Ltd. |
| 90 | Zhumadian Soule Commerce And Trade Co., Ltd. |
| 91 | aa_sports |
| 92 | Ali-innovation |
| 93 | AMYJANE JEWELRY COLLECTION |
| 94 | anyqiqiq1 |
| 95 | Beaut-Pavilion |
| 96 | Buy directly from China |
| 97 | Cheerfssver95 |
| 98 | Cherry Fashions |
| 99 | Diaotaboo |
| 100 | DIYcase Inc. |
| 101 | Duction |
| 102 | eeesule666 |
| 103 | haidugogo |
| 104 | hanyuxuan Store |
| 105 | Hintana |
| 106 | homeyl |
| 107 | HongHome |
| 108 | hoosdu |
| 109 | jamesclothes Inc |
| 110 | JANCJ |
| 111 | Jinhengyang |
| 112 | Kaliou |
| 113 | kawayi lin |
| 114 | LCC STORE |
| 115 | lifecake64 |
| 116 | lixiao |
| 117 | Love Travel |
| 118 | LuoXue Ltd.company |
| 119 | MAKOSHOP |
| 120 | maybeadv |

| | |
|---|---|
| 121 | mengfang123 |
| 122 | nichetopia |
| 123 | NING TOY |
| 124 | OUCHEN |
| 125 | pgdz |
| 126 | Pinpy Lifestyle International |
| 127 | qwfy |
| 128 | Ren Huang |
| 129 | SeeYouAgain1 |
| 130 | shenzhenshizhenchengshangpindianzikejiyouxiangongsi |
| 131 | suling international |
| 132 | Surprize |
| 133 | tangxiaohua |
| 134 | taotaodexionsak |
| 135 | tengfei168 |
| 136 | TIXIANG |
| 137 | Ty |
| 138 | Vikaka |
| 139 | wanpinyou |
| 140 | Xqqqqqqqq |
| 141 | yanz |
| 142 | yaoping |
| 143 | yiwuchangshuoshangmaoyouxiangongsi |
| 144 | yuanyumeifadale |
| 145 | zouzhaocheng |
| 146 | All Pecfect Store |
| 147 | AShine life Store |
| 148 | Chinatown Department Store |
| 149 | Co-co'sPet Store |
| 150 | Da Da Store |
| 151 | Daily life is Goods Store |
| 152 | Daily Use Everyday Store |
| 153 | DogCat Store |
| 154 | Dogs/Cats/Birds Product Store |
| 155 | Dongguan City Geedyn Technology Co., Ltd. |
| 156 | Dreamer-Lifestyle Store |
| 157 | ETSREWO Store |
| 158 | FML PET Official Store |
| 159 | Hangzhou Fuyang MarBo Rackets Co., Ltd. |
| 160 | HappysKids Store |
| 161 | hereformeeting Store |

| 162 | HM SFTT Store |
|---|---|
| 163 | HomeSweet Store |
| 164 | House Lover Store |
| 165 | huayan's accessories store |
| 166 | jarvanIV Store |
| 167 | JINKJING Store |
| 168 | kingccpet264278 Store |
| 169 | LANSI Decoration Store |
| 170 | LanYing Pets Store |
| 171 | Little Mouse House Store |
| 172 | Merry Hommylife Store |
| 173 | MGKPET Global Store |
| 174 | Miogar Store |
| 175 | Niaroko's Store |
| 176 | OCHINE Franchised Store |
| 177 | Pething Mall |
| 178 | Petsbeds Store |
| 179 | Puyang pag trading Co.,LTD |
| 180 | QWJ's kitty Store |
| 181 | Reed Daily Gadgets Store |
| 182 | Shanghai Yizo Industrial Limited |
| 183 | Shanghai Your Industry Co., Ltd. |
| 184 | Shantou Toptrue Toys Trading Firm |
| 185 | Shenzhen Yijiamei Silicone & Rubber Co., Limited |
| 186 | Shenzhen Z&L Crafts Products Co., Ltd. |
| 187 | Shijiazhuang Roc Cattle Import and Export Trading Co., Ltd. |
| 188 | Ship within 24h Drop shipping Store |
| 189 | Shop1768047 Store |
| 190 | Shop1938613 Store |
| 191 | Shop4514074 Store |
| 192 | Shop5126080 Store |
| 193 | Shop5134046 Store |
| 194 | Shop5235006 Store |
| 195 | Shop5235011 Store |
| 196 | Shop5235013 Store |
| 197 | Shop5235019 Store |
| 198 | Shop5235020 Store |
| 199 | Shop5235022 Store |
| 200 | Shop5235034 Store |
| 201 | Shop5235037 Store |
| 202 | Shop5235046 Store |

| | |
|---|---|
| 203 | Shop5235053 Store |
| 204 | Shop5397033 Store |
| 205 | superCassiopeia Store |
| 206 | SuperGalio Store |
| 207 | Suqian Lianshun Stationery Co., Ltd. |
| 208 | TLHOTTOP Store |
| 209 | UtopiaHome Store |
| 210 | Vieruodis Boutiques Store |
| 211 | WaKaWaka House Store |
| 212 | Weifang Xinshijie Crafts Co., Ltd. |
| 213 | Welcome to my Store |
| 214 | Wonder4 Life Store |
| 215 | Yiwu Shanrun Trading Co., Ltd. |
| 216 | OutdoorXL |