IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O, | Civil Action No.: 1:20-cv-04202 |
| Plaintiffs, | Judge Thomas M. Durkin |
| v. | Magistrate Judge Sheila M. Finnegan |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 187 | Shijiazhuang Roc Cattle Import and Export Trading Co., Ltd. |
| 153 | DogCat Store |
| 181 | Reed Daily Gadgets Store |
| 165 | huayan's accessories store |
| 172 | Merry Hommylife Store |
| 15 | PTstore18s |
| 35 | Prettycottage |
| 14 | Sclrecroely |
| 97 | Cheerfssver95 |
| 17 | Look forward |
| 20 | xiaoHgaoduandingzhi |
| 11 | Double boutique |
| 12 | One Song Away |

DATED: October 5, 2020    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 5, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt